September 28, 2007

Mr. C. Rodney Acker
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Ms. Angela M. Nickey
Robles Bracken Coffman & Hughes, L.L.P.
310 North Mesa, Ste. 700
El Paso, TX 79901-1448

RE: Case Number: 05-0580
 Court of Appeals Number: 08-03-00495-CV
 Trial Court Number: 2001-1701

Style: A.G. EDWARDS & SONS, INC.
 v.
 MARIA ALICIA BEYER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Gilbert |
| |Sanchez |